JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YANZI BARAJAS, et al.,

      Plaintiff,

      v.

DIVERSIFIED TRANSFER & STORAGE, INC., et al.,

      Defendants.

Case No. 2:23-cv-08360-AB (MARx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 6, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1